IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| NATHAN THOMAS COCHRAN, | : | |
| | : | |
| Plaintiff | : | |
| | : | CASE: 5:25-CV-00177-TES-ALS |
| VS. | : | |
| | : | |
| Warden MIMS, *et al.*, | : | |
| | : | |
| Defendants | : | |

## ORDER

*Pro se* Plaintiff Nathan Thomas Cochran, a prisoner at Wilcox State Prison in Abbeville, Georgia, filed a 42 U.S.C. § 1983 complaint. [ECF No. 1]. On June 3, 2025, Plaintiff was ordered to recast his complaint and provided instructions on how to do so. [ECF No. 6]. Plaintiff was given 14 days to comply with the Court's order and was informed that failure to comply could result in dismissal of this action. [*Id.*]. Plaintiff failed to respond.

Therefore, on July 9, 2025, the Court notified Plaintiff that he failed to respond to an order of the Court. [ECF No. 7]. Plaintiff was ordered to show cause why this action should not be dismissed for failure to comply with the Court's order. [*Id.*]. The Court informed Plaintiff that this action could be dismissed if he failed to respond to the order to show cause or otherwise file his amended complaint as instructed. [*Id.*]. Plaintiff was given 14 days to comply with the Court's order. Plaintiff again failed to respond.

Because Plaintiff has failed to comply with the Court's orders or otherwise prosecute this case, his complaint is **DISMISSED without prejudice**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (first citing Fed. R. Civ. P. 41(b); and then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)) ("The [C]ourt may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order."); *Duong Thanh Ho v. Costello*, 757 F. App'x 912 (11th Cir. 2018) (holding that the district court did not abuse its discretion in *sua sponte* dismissing without prejudice prisoner's *pro se* § 1983 complaint for failure to comply with court order to file amended complaint where order expressly informed prisoner of deficiencies in his complaint and rules that he needed to follow in filing amended complaint).

**SO ORDERED,** this 7th day of August, 2025.

S/ *Tilman E. Self, III*
**TILMAN E. SELF, III**
**UNITED STATES DISTRICT JUDGE**