IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| NATHAN THOMAS COCHRAN , | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00177-TES-ALS |
| | * |
| MIMS, et al, | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 7, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 7th day of August, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk